**Original filed 4/16/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD M. GRANADO, | ) | No. C 06-3968 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| EVANS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 14, 2007, the Court denied Petitioner's motions to proceed in forma pauperis and ordered Petitioner to pay the $5.00 filing fee within thirty days. The Court notified Petitioner that failure to pay the filing fee would result in the Court dismissing the case without prejudice for failure to pay the filing fee. As of the date of this order, Petitioner has not communicated with the Court, nor paid the filing fee. Accordingly, the instant petition is DISMISSED without prejudice for failure to pay the filing fee.

IT IS SO ORDERED.

Dated: 4/16/07

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Granado968dis            1

1 | A copy of this order was mailed to the following:

3 | Edward M. Granado
P-47229
4 | California Correctional Institution
P.O. Box 1031
5 | Tehachapi, CA 93581

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Granado968dis            2